NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NELSON MONSERRATE,                    )
DC #T06020,                           )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No.  2D18-2129
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.


PER CURIAM.

          Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.